UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HEATH SWINNEY**                                                                 **PLAINTIFF**

v.                      **CASE NO. 3:09cv00215 BSM**

**GREENE COUNTY, ARKANSAS, et al.**                        **DEFENDANTS**

## ORDER

The parties jointly request a continuance of the December 27, 2010 discovery deadline and March 21, 2011 trial. [Doc. No. 6]. For good cause shown, the motion is granted. A new scheduling order will be issued consistent with this order.

IT IS SO ORDERED this 29th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE