# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GERALD HEATH SWINNEY**                                                                 **PLAINTIFF**

v.                            **CASE NO. 3:09cv00215 BSM**

**GREENE COUNTY, ARKANSAS et al.**                                          **DEFENDANTS**

## ORDER

The parties jointly request that this case be dismissed without prejudice. [Doc. No. 11]. For good cause shown, the motion is granted and the case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE